<pre>
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA
</pre>

| | |
|---|---|
| TOMEKO MALONE, ) | CV F- 06-0199 OWW DLB P |
| ) | |
| Plaintiff, ) | ORDER DENYING PLAINTIFF'S OPPOSITION TO DEPOSITION AND GRANTING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S ATTENDANCE AT HIS DEPOSITION |
| v. ) | |
| PETERSON, ) | |
| ) | [DOCS 16, 18] |
| Defendant. ) | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on February 22, 2006 for excessive force against the named defendant. On June 18, 2007, plaintiff filed an opposition to defendant's May 8, 2007 Notice of Deposition, scheduling plaintiff's deposition for June 21, 2007. Plaintiff objected to the notice arguing that defendant had not yet filed a "motion for deposition."  After plaintiff refused to attend his deposition, defendant filed a motion to compel his attendance.

Pursuant to Federal Rule of Civil Procedure 30(a)(1), a party may take the oral deposition of any person, including a party, without leave of court.  Plaintiff's objection to the Notice of Deposition is therefore without merit and overruled. Defendant properly noticed plaintiff's deposition for June 21, 2007 and plaintiff failed to appear. Defendant's motion to compel plaintiff's

1  attendance at his deposition is therefore GRANTED.  Plaintiff is ordered to appear at his deposition
2  as noticed by defendant.  Plaintiff is advised that his failure to cooperate in discovery may result in
3  the imposition of sanctions which may include dismissal of this action.
4         IT IS SO ORDERED.
5         Dated:   August 4, 2007                  /s/ Dennis L. Beck
                                                   UNITED STATES MAGISTRATE JUDGE