IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMEKO MALONE,<br><br>    Plaintiff,<br><br>    vs.<br><br>C/O PETERSON,<br><br>    Defendants.<br>_____/ | 1:06-cv-00199-LJO-DLB-(PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #26)<br><br>THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 21, 2008, plaintiff filed a motion to extend time to file response to motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file response to motion for summary judgment.

IT IS SO ORDERED.

Dated:   **March 11, 2008**          **/s/ Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE