UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMEKO MALONE,<br><br>              Plaintiff,<br><br>   v.<br><br>PETERSON,<br><br>              Defendant. | CASE NO. 1:06-CV-0199 OWW DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRODUCTION OF DOCUMENTS AND FOR COURT CLERK TO ISSUE SUBPOENA<br><br>(Doc. 41) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on February 22, 2006 for excessive force against the named defendant. On March 17, 2008, plaintiff filed a "motion" directed at defendant's counsel, requesting production of various documents "pursuant to Fed. R. Civ. P. 34 and Freedom of Information Act and for the court clerk to issue to subpoena to compel all discovery." (Doc. 41). Plaintiff additionally requests that he be permitted to propound "written interrogatories, depositions and declarations" of his neighboring inmates, Sgt. Hollinger and Officer Agcaoth. Plaintiff also requests an "order to compel all information to use in his opposition to defendants motion for summary judgment".

First, plaintiff's motion is untimely. Discovery in this matter closed on December 19, 2007.[1]

---

[1] Plaintiff did file a motion to extend the discovery deadline on June 13, 2008, which is denied by order issued separately.

1  Plaintiff did not include a request to extend the discovery deadline, and no good cause appears to warrant
2  an extension.
3       Plaintiff was also previously advised that while he may request documents pursuant to the
4  Freedom of Information Act, the remedy for failure to provide such documents is a new lawsuit.
5       Further, interrogatories may be propounded to parties only. F.R.C.P. 33(a)(1). Plaintiff's
6  neighboring inmates, Sgt. Holinger, and Officer Agcaoth are not parties to this action.
7       Finally, with respect to plaintiff's request for a court order for all information necessary to oppose
8  defendant's motion for summary judgment, plaintiff's request is overbroad and vague. For example, it
9  is not even clear whom the court should direct such an order, or what documents plaintiff seeks.
10 Plaintiff's request for a court order is denied.
11      Based on the foregoing, plaintiff's motion, filed March 17, 2008, is denied.
12      IT IS SO ORDERED.
13      **Dated:   July 22, 2008**                    /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE