UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMEKO MALONE,<br><br>             Plaintiff,<br><br>     v.<br><br>PETERSON,<br><br>             Defendant.<br>_____ | CASE NO. 1:06-CV-0199 OWW DLB P<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION TO COMPEL<br><br>(Doc. 44) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on February 22, 2006 for excessive force against the named defendant. On April 18, 2008, plaintiff filed a motion to compel discovery (Doc. 44). Defendant filed his opposition on May 7, 2008 (Doc. 45).

Pursuant to the Scheduling and Discovery Order issued by this court on April 30, 2007, the discovery cut-off date, including filing motions to compel, was December 19, 2007. (Doc. 15). In support of his motion, plaintiff states that he submitted a request for the documents sought four months' prior, but that he had not received the documents. In opposition, defendant argues that plaintiff never served defendant before the discovery cut-off with a request for the information sought.[1]

---

[1] In a subsequent motion to extend the discovery deadline, filed June 13, 2008, plaintiff concedes that he "never served Defendant Peterson before the discovery cut-off date as first thought" with a request for the documents or information subject to this motion to compel. (Doc. 52).

1    Plaintiff never served defendant with a timely discovery request pertaining to the documents
2 subject to the instant motion and therefore his motion to compel is without merit. Further, plaintiff's
3 motion to compel is untimely, and he offers no explanation for the delay.
4    Plaintiff's motion to compel is denied.

6    IT IS SO ORDERED.
7    **Dated:   July 22, 2008**              **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE