UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMEKO MALONE,<br><br>            Plaintiff,<br><br>      v.<br><br>PETERSON,<br><br>            Defendant. | CASE NO. 1:06-CV-0199 OWW DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REOPEN OR EXTEND DISCOVERY<br><br>(Doc. 52) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights amended complaint filed on February 22, 2006 for excessive force against the named defendant. On June 13, 2008, plaintiff filed a motion to extend the discovery deadline. (Doc. 52). Defendant filed his opposition on July 9, 2008. (Doc. 53).

Discovery in this matter closed on December 19, 2007. Plaintiff states that he now requires additional discovery because did not serve defendant before the discovery deadline as first thought, and because he only discovered later that "he could obtain D.M.S."[1]

"A scheduling order shall not be modified except upon a showing of good cause" and by leave of court. Fed. R. Civ. P. 16(b). Neither plaintiff's failure to serve his discovery request before the discovery deadline, nor the fact that he was not aware that he could propound such a request to

---

[1] In Document 44, plaintiff refers to D.M.S. as the Daily Record of Housing and Employment Changes.

1  defendant, presents good cause to re-open discovery.

2       Plaintiff's motion to extend or reopen discovery, filed June 13, 2008, is HEREBY DENIED.

3

4    IT IS SO ORDERED.

5      **Dated:**   **July 22, 2008**           **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28