IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMEKO MALONE, | 1:06-cv-00199 LJO-DLB (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| vs. | TO FILE APPEAL |
| PETERSON, | (DOCUMENT #61) |
| Defendant. | |
| _____/ | |

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 11, 2008, plaintiff's case was dismissed and judgment was entered. On September 23, 2008, plaintiff filed a motion to extend time to file an appeal.

     A notice of appeal must be filed with the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A). However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause. See FRAP 4(a)(5)(A). Plaintiff filed his motion to extend time on September 23, 2008, which is less than 30 days after the expiration time for filing his appeal. In his motion to extend time, plaintiff shows good cause for the extension.

     Accordingly, good cause having been presented to the court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that plaintiff's motion to extend time to file the

appeal is GRANTED, and the appeal shall be filed not more than thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: September 29, 2008         /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE